IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOHN L. WOODS IV,<br>　　　　*Plaintiff,* | § § § | |
| v. | § § § | 6:23-CV-00330-ADA |
| EDDY LANGE, et al.,<br>　　　　*Defendant.* | § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 26. The report recommends Defendants Jim Nichols, Judge John Mischtian, Eddy Lange, and Sandra Hunt's Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(6) (ECF No. 16) and Defendant Justin Leach's Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(6) (ECF No. 17) be **GRANTED**. The report and recommendation was filed on November 27th, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 26) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Jim Nichols, Judge John Mischtian, Eddy Lange, and Sanra Hunt's Motion to Dismiss Plaintiff's Complaint (ECF No. 16) and Justin Leach's Motion to Dismiss Plaintiff's Complaint (ECF No. 17) are **GRANTED**, and the claims against all Defendants in this suit are **DISMISSED**. The Plaintiff's Motion for Court intervention (ECF No. 8) is **DENIED as MOOT** in light of the above rulings.

**SIGNED** this 18th day of December, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE